**AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE**

Index # 07CIV6637                                                                 Purchased/Filed: July 24, 2007
STATE OF NEW YORK    UNITED STATES DISTRICT COURT                 SOUTHERN DISTRICT

Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, et al

Plaintiff

against

Burtis Construction Co., Inc.

Defendant

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____August 1, 2007____, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1 and Complaint

on ____Burtis Construction Co., Inc.____, the

Defendant in this action, by delivering to and leaving with ____Marybeth Huyck____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __31__  Approx. Wt: __135__  Approx. Ht: __5'1"__
Color of skin: __White__  Hair color: __Blonde__  Sex: __F__  Other: _____

Sworn to before me on this

__3rd__ day of _____August, 2007_____

NOTARY PUBLIC, State of New York                                   Jessica Miller

Invoice/Work Order # SP0708472