

# GOETZ FITZPATRICK LLP
Attorneys at Law
One Penn Plaza, New York, NY 10119 | 212-695-8100 | (F) 212-629-4013

Rosalie C. Valentino
Extension 268
rvalentino@goetzfitz.com

October 11, 2007

**VIA FACSIMILE**
Honorable Justice Charles Brieant:
United States District Court
300 Quarropas Street., Room 275
White Plains, New York 10601

    Re:    Trustees of the Teamsters Local 456 Pension, et al. v.
            Canal Asphalt Corp.
            Docket: 07 CIV 6650

            Trustees of the Teamsters Local 456 Pension, et al. v.
            Burtis Construction Co., Inc.,
            Docket: 07 CIV 6637

Dear Justice Brieant:

    With the consent of our adversary copied below, we ask permission of this court for a one-week adjournment of the conferences held in connection with the two actions listed above and scheduled for October 12, 2007 at 9:30 a.m. to October 19, 2007. All parties have been actively working toward a final settlement agreement and hopefully will have finalized a pay-out plan by October 19, 2007.

    Thank you for your consideration in this matter.

                              Very truly yours,

                              GOETZ FITZPATRICK LLP

                              By: _Rosalie Valentino_
                                   ROSALIE C. VALENTINO

RSV:am

cc:    Karin Arrospide, Esq.
        Barnes, Iaccarino, Virginia,
        Ambinder & Shepard, PLLC.
        258 Saw Mill River Road
        Elmsford, New York 10523
        **Via Email** karrospide@bivaslaw.com

W:\RValentino\Donald\10.10.07 letter to court.wpd

55 Harristown Rd. Glen Rock, NJ 07452 | 201-612-4444 (F) 201-612-4455
170 Old Country Road, Suite 200, Mineola, NY 11501 | 516-877-9666 (F) 516-877-7743
120 Bloomingdale Rd. Suite 104 White Plains, NY 10605 | 914-946-7735 (F) 914-946-0098