*Brieant, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

TRUSTEES OF THE TEAMSTERS LOCAL 456
PENSION, HEALTH & WELFARE, ANNUITY,
EDUCATION & TRAINING, S.U.B., INDUSTRY
ADVANCEMENT AND LEGAL SERVICES FUNDS
and the WESTCHESTER TEAMSTERS LOCAL
UNION NO. 456,

**STIPULATION OF
DISCONTINUANCE
AND ORDER**

Plaintiffs,

Index No. 07 CIV 6637 (CLB)

—against—

BURTIS CONSTRUCTION CO., INC.,

Defendant.

-------------------------------------------------------------------X

IT IS HEREBY STIPULATED, by and between counsel for the Plaintiffs and Defendant in the within action that whereas no party is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, this action is discontinued and without costs to any party.

DATED: October 22, 2007

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
Attorneys for Plaintiffs

By: _____
Karin Arrospide (KA 9319)
258 Saw Mill River Road
Elmsford, NY 10523
(914) 592-1515

GOETZ FITZPATRICK LLP
Attorneys for Defendant

By: _____
Donald J. Carbone (DJC2122)
One Penn Plaza
New York, NY 10119
(212) 695-8100

SO ORDERED:

_____
Honorable Charles L. Brieant, U.S.D.J.

dated: November 14, 2007